**FILED**

AUG 0 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JOHN DAVID LOPEZ, ) <br> _____ ) | Case No. 07cr0941-GT <br><br> **ORDER CONTINUING THE SENTENCING HEARING TO SEPTEMBER 13, 2007 AT 9:00 A.M.** |

This Court has read and considered the Joint Motion and Declaration of Elizabeth A. Missakian in support of the Joint Motion to Continue the Sentencing Hearing to September 13, 2007 at 9:00 a.m.

IT IS HEREBY ORDERED that the sentencing hearing currently set for August 6, 2007 at 2:00 p.m. be continued to September 13, 2007 at 9:00 a.m.

DATED: 8-3, 2007

HON. GORDON THOMPSON
United States District Court